IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JOSEPH OLAGUE,

      Petitioner,                        No. CIV S-10-1659 GEB CHS

      vs.

ANTHONY HEDPETH,

      Respondent.             ORDER

_____/

      Petitioner, a state prisoner, proceeds pro se with a petition for writ of habeas corpus brought pursuant to 28 U.S.C. §2254.  Respondent filed an answer on September 24, 2010 indicating that respondent would lodge various relevant documents with this court, including: Appellant's Opening Brief, the Reply Brief, Respondent's Brief, the Petition for Rehearing, the Unpublished California Court of Appeal Opinion, the Petition for Review, Denial of the Petition for Review, fifty-five Reporter's Transcript (RT volumes) and thirteen Clerk's Transcript (CT) volumes.  Review of the record indicates respondent has not lodged the documents with the court.  Respondent is hereby ordered to lodge copies of the above documents with this court within 30 days of the date of this order.

DATED: June 28, 2011

_Charlene H. Sorrentino_
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1